Jury Demand

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

FILED
JUL 03 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _XMA_ DEP CLK

Tracey Watson )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 5:24-cv-00388-D
(To be assigned
by the Clerk of
District Court)

vs.
Wake County Public School System )
_____ )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

1. Plaintiff resides at 14460 Falls of Neuse Rd Ste 149-105 Raleigh, NC 27614

2. Defendant(s) name(s): Wake County Public School System

1

Location of principal office(s) of the named defendant(s):
5625 Dillard Drive, Cary, NC 27518

Nature of defendant(s) business: Education

Approximate number of individuals employed by defendant:
20,096

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

  (A) _____ Failure to employ me.
  (B) __X__ Termination of my employment.
  (C) _____ Failure to promote me.
  (D) __X__ Other acts as specified below:

Please see attached 42 page statement.

2

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __X__ not presently employed by the defendant.

   The dates of employment were _____.

   Employment was terminated because:

   (1) __X__ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) __X__ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) __X__ other as specified below:
   _Retaliation, Harassment, and Hostile Work Environment_

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   _Please see attached 42 Page Statement_

3

8. The alleged discrimination occurred on or about 6/13/2023.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Please see attached 2/2 Page Statement

10. The alleged illegal activity took place at: Sanford Creek Elementary School

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about Dec. 8, 2023; Dec 10, 2023 and April 19, 2024. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on April 10, 2024 est. and June 29 est.

4

12. I seek the following relief:

   (A) __X__ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __X__ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   July 3, 2024
   Date

   Tracy Watson
   Signature of Plaintiff

   14460 Falls of Neuse Rd
   Ste. 149-105
   Raleigh, NC 27614    919 627-0879
   Address and Phone Number of Plaintiff