IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-388-D

| | |
|---|---|
| TRACEY WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WAKE COUNTY PUBLIC ) | |
| SCHOOL SYSTEM, et al., ) | |
| ) | |
| Defendant. | |

On July 18, 2024, Tracey Watson ("plaintiff"), appearing pro se, filed a motion asking the court "to put a stop to the defendants harassing and retaliatory behavior." [D.E. 9] 7. The court has reviewed the defendants' allegedly offensive communications and finds them innocuous. See [D.E. 9-1 to 9-20]. Accordingly, the court DENIES plaintiff's motion.

SO ORDERED. This 24 day of January, 2025.

JAMES C. DEVER III
United States District Judge